## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Smith, Thomasine | Case Number: 07 B 11915 |
| | Judge: Hollis, Pamela S |
| Printed: 1/29/08 | Filed: 7/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: December 17, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 0.00 |
| 2. | Great American Finance Company | Secured | 0.00 | 0.00 |
| 3. | Balaban Furniture Ltd | Secured | 0.00 | 0.00 |
| 4. | US Auto Title Lenders Inc | Secured | 1,250.00 | 0.00 |
| 5. | Internal Revenue Service | Priority | 18,542.60 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 2,245.43 | 0.00 |
| 7. | US Auto Title Lenders Inc | Unsecured | 1,871.46 | 0.00 |
| 8. | Balaban Furniture Ltd | Unsecured | 1,155.32 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 2,292.30 | 0.00 |
| 10. | Northwest Capital | Unsecured | 1,493.57 | 0.00 |
| 11. | Brother Loan & Finance | Unsecured | 2,989.76 | 0.00 |
| 12. | Commonwealth Edison | Unsecured | 1,674.36 | 0.00 |
| 13. | AAA Checkmate LLC | Unsecured | 2,951.73 | 0.00 |
| 14. | RJM Acquisitions LLC | Unsecured | 85.43 | 0.00 |
| 15. | Asset Acceptance | Unsecured | 334.00 | 0.00 |
| 16. | Internal Revenue Service | Unsecured | 1,194.75 | 0.00 |
| 17. | City Of Chicago Dept Of Revenue | Unsecured | 1,330.00 | 0.00 |
| 18. | Jefferson Capital Systems LLC | Unsecured | 826.23 | 0.00 |
| 19. | AmeriCash Loans, LLC | Unsecured | 1,422.41 | 0.00 |
| 20. | Illinois Dept of Revenue | Unsecured | 222.20 | 0.00 |
| 21. | AmeriCash Loans, LLC | Unsecured | 368.29 | 0.00 |
| 22. | Aaron Sales & Lease Ow | Unsecured | | No Claim Filed |
| 23. | American Collection Corp | Unsecured | | No Claim Filed |
| 24. | ARM | Unsecured | | No Claim Filed |
| 25. | Collection Company Of America | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Smith, Thomasine

Printed:  1/29/08

Case Number:  07 B 11915

Judge:  Hollis, Pamela S

Filed:  7/3/07

| | | | |
|---|---|---|---|
| 26. | NCO Financial Systems | Unsecured | No Claim Filed |
| 27. | Friedman & Wexler LLC | Unsecured | No Claim Filed |
| 28. | NCO Financial Systems | Unsecured | No Claim Filed |
| 29. | Debt Credit Service | Unsecured | No Claim Filed |
| 30. | Medical Collections | Unsecured | No Claim Filed |
| 31. | Aaron Sales & Lease Ow | Unsecured | No Claim Filed |
| 32. | State Farm Bank | Unsecured | No Claim Filed |
| 33. | Payday Loan | Unsecured | No Claim Filed |
| 34. | Surety Finance | Unsecured | No Claim Filed |

$ 45,713.84                           $ 0.00

### TRUSTEE FEE DETAIL

Fee Rate                    Total Fees

$ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: